**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| James Cassidy, | No. CV-16-08286-PCT-ESW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

On November 29, 2016, Plaintiff filed his Complaint for Judicial Review, requesting "the opportunity to review the evidence that might provide a basis for even requesting reopening of the prior determination." (Doc. 1 at 6). Specifically, Plaintiff sought an order from the Court requiring the Commissioner to answer the Complaint and file a certified copy of the entire record in the case. (Id. at 7). On August 8, 2018, Defendant filed her Answer (Doc. 20). On February 8, 2018, Defendant also filed Notice of Filing Supplemental Certified Administrative/Transcript of Record which included "a certified copy of the supplemental transcript of the record including the evidence upon which the findings and decision complained of are based." (Doc. 33 at 1). On the basis of the record, Defendant requests the Court dismiss the case for lack of subject matter jurisdiction. (Doc. 34 at 8). Plaintiff indicates that he has received all the documentation underlying the prior denial of his disability application, and Plaintiff has no objection to dismissal of the case. (Doc. 35 at 1).

For the reasons set forth in Defendant's responsive briefing,

**IT IS ORDERED** dismissing Plaintiff's Complaint (Doc. 1). The Clerk of Court shall terminate the case.

Dated this 28th day of September, 2018.

_____
Eileen S. Willett
United States Magistrate Judge